**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Domonique Brown, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2012-212940

---

**ON WRIT OF CERTIORARI**

---

Appeal From Laurens County
The Honorable Thomas A. Russo, Circuit Court Judge

---

Memorandum Opinion No. 2015-MO-044
Submitted June 17, 2015 – Filed July 29, 2015

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Christopher Todd Brumback, Bryan Scott Haskins, and Spencer Davis Langley, all of Brumback & Langley, LLC, of Greenville, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General James Rutledge Johnson, both of Columbia, for Respondent.

**PER CURIAM:**  We granted certiorari to review the circuit court's dismissal of Domonique Brown's application for post-conviction relief.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**